# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Danielle Victor, | Case No. 2:25-cv-04317-AH (ADS) |
|---|---|
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| The State of California, *et al.*, | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered on June 10, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: June 10, 2025

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE