UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DANIELLE VICTOR,

Plaintiff - Appellant,

v.

STATE OF CALIFORNIA; et al.,

Defendants - Appellees.

No. 25-3976

D.C. No.
2:25-cv-04317-AH-ADS
Central District of California,
Los Angeles

ORDER

Before: BERZON, RAWLINSON, and COLLINS, Circuit Judges.

Appellant has not responded to the court's July 23, 2025 order. After considering the opening brief, we deny the motion to proceed in forma pauperis (Docket Entry No. 8) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED.**