UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIELLE VICTOR,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants - Appellees. | No. 25-3976<br><br>D.C. No.<br>2:25-cv-04317-AH-ADS<br><br>Central District of California,<br>Los Angeles<br><br>MANDATE |

The judgment of this Court, entered October 24, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT